## HOPPOCK'S EXECUTORS

### *v.*

## RAMSEY and others.

When exceptions to a master's report may be filed.

On motion to file exceptions to a master's report in foreclosure.

*Mr. J. N. Voorhees,* for the motion.

*Mr. J. T. Bird, contra.*

Decided orally.

The Chancellor.

Where, after a decree *pro confesso*, a party defendant, who has appeared before the master, fails to file exceptions to the master's report within the four days required by the 88th rule, because of an agreement between his solicitor and the solicitor of the complainant, such exceptions may, in the discretion of the court, be afterwards filed and argument thereon heard, notwithstanding his laches.